AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ADAM LEE-FUCCI FERENBACH<br><br>_Defendant(s)_ | Case No.<br><br>3:22-mj- 1239-PDB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 6, 2022__ in the county of __Duval__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) | knowing possession of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Daniel Moxley, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 5/6/22

_Judge's signature_

City and state: Jacksonville, Florida

Joel B. Toomey, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Daniel Moxley, being duly sworn, state as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since July 2017. I am currently assigned to the Jacksonville, Florida Division of the FBI, where I conduct investigations involving, among other criminal offenses, the sexual exploitation of children. Prior to becoming a Special Agent, I served as an Intelligence Analyst and Management and Program Analyst for the FBI for approximately 7 years. I hold Bachelor's Degrees in Economics and Political Science. I have also received law enforcement training from the FBI Academy at Quantico, Virginia. A substantial portion of my duties are dedicated to investigating cases involving crimes against children under the auspices of the FBI's "Innocent Images" National Initiative. Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate child exploitation offenses, and have assisted in the prosecution of cases involving these offenses. In the performance of my duties, I have investigated and assisted in the investigation of matters involving the solicitation, production, receipt, distribution, possession of, and access with intent to view images and videos depicting the sexual exploitation of children. I have also been involved in searches of residences relating to the solicitation, production, receipt, distribution, possession of, and access with intent to view child pornography during the execution of search warrants.

1

2.      Specifically, I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, and 2422(b).  As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.      The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel.  This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause that ADAM LEE-FUCCI FERENBACH has committed a violation of 18 U.S.C. § 2252(a)(4)(B), that is, knowing possession of visual depiction of minors engaged in sexually explicit conduct.

4.      This affidavit is made in support of a criminal complaint against ADAM LEE-FUCCI FERENBACH, that is, on or about May 6, 2022, in the Middle District of Florida, ADAM LEE-FUCCI FERENBACH did knowingly possess a matter, that is, a Google Pixel 4A cellular phone, which contained visual depictions that had been produced using materials that had been shipped and transported in and affecting

2

interstate and foreign commerce, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, the visual depictions were of such conduct, and at least one of which depictions involved a prepubescent minor, in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2).

5. On May 3, 2022, U.S. Naval Criminal Investigative Service (NCIS) Special Agent Dustin M. Doughfman applied for and obtained a federal search warrant for the residence located at 2768 State Road A1A, Apartment #609, Atlantic Beach, Florida 32233. I have reviewed the affidavit in support of the application for this search warrant and I am familiar with the facts contained therein. This warrant authorized the search of the residence located at 2768 State Road A1A, Apartment #609, Atlantic Beach, Florida 32233 for fruits, evidence, and instrumentalities of violations of 18 U.S.C. §§ 2252 and 2252A, that is, receipt, distribution, possession, and access with intent to view child pornography. This search warrant was issued by United States Magistrate Judge Patricia D. Barksdale in Case No. 3:22-mj-1217-PDB.

6. On May 6, 2022, I, together with other FBI and NCIS agents and personnel and law enforcement officers, executed this federal search warrant at the residence located at 2768 State Road A1A, Apartment #609, Atlantic Beach, Florida 32233. After securing the residence, I approached FERENBACH for a possible interview. FERENBACH agreed to talk to me and NCIS Special Agents Doughfman and Michael Garzon in an interview inside Special Agent Doughfman's government

3

vehicle which was parked outside the residence. This interview was recorded on audio and video. I introduced myself to FERENBACH as a Special Agent for the FBI and presented my badge and credentials. The NCIS agents did the same. Special Agent Doughfman informed FERENBACH that he was not under arrest and speaking to us was completely voluntary. SA Doughfman informed FERENBACH that a search warrant was being executed at his residence. FERENBACH confirmed his name was "Adam Lee-Fucci Ferenbach" and his physical address was 2768 State Road A1A Apartment #609, Atlantic Beach, Florida 32233. Special Agent Doughfman asked FERENBACH for the password to his cell phone and he provided it. FERENBACH also told us he was not under the influence of any drugs or intoxicants and that he reads, writes, and understands English. FERENBACH said he lived at the residence for approximately two years and has had Comcast Internet the entire time. The Internet is password-protected and FERENBACH connects to the Wi-Fi at his residence. FERENBACH does not know if anyone else connects to the Internet.

7. After being advised of his constitutional rights, FERENBACH acknowledged those rights, waived those rights, and agreed to speak with us. FERENBACH said he used the social media application Kik in the past; however, stated he deleted the application Kik sometime toward the end of 2021, possibly October 2021. FERENBACH advised he used Kik to share pornography, to include

4

depictions of 18- to 19-year-old individuals and have sexual chats with other male Kik users. After further questioning about his Kik usage, he requested counsel. The interview was stopped, and all further questioning ceased. FERENBACH was advised he was able to leave the premises if he wished but was not allowed to go back into the residence until the execution of the search warrant was completed. FERENBACH opted to stay in the parking lot, asking to sit in a police vehicle until the completion of the search warrant.

8. Also on May 6, 2022, during the search of FERENBACH'S residence, NCIS Investigator Roger Chance Scott observed a Google Pixel 4A cellular phone on top of a desk in FERENBACH'S bedroom. Investigator Scott provided the phone to Special Agent Doughfman, who then provided it to me. The phone was powered off, but 72% charged. Upon powering on the device, I entered the security pin as previously provided by FERENBACH. Upon accessing the photo gallery on the phone, I observed four (4) videos depicting prepubescent minor females engaging in sexually explicit conduct. These videos were contained within the "Photos" application on the phone. Each of the four videos were dated December 27, 2021. I also observed the social media application Kik was installed on the phone; however, not logged in. In addition, I observed Adam.ferenbach@gmail.com email was assigned to that cellular phone.

9. I reviewed the four videos found in the Photos application of

FERENBACH'S Google Pixel 4A cellular phone. Two of the videos are described below:

FILENAME: 002ab36a-9f92-4cd2-b8c4-49ffad4a6ff8.mp4

DESCRIPTION: This is a color video with sound, approximately 20 seconds in length, of a prepubescent female child, based on her child-like facial features and lack of breast development, talking while an erect adult penis is next to the child's face during the first portion of video. She is not wearing a top. During the next part of the video, the child inserts the adult penis into her mouth. The words "Telegram:@cp888a" are written in the upper left hand corner of the video clip. Based on my training and experience, as well as the information set forth above and below, I have probable cause to believe that this image depicts a minor engaged in sexually explicit conduct, that is, oral-genital sexual intercourse, and therefore constitutes child pornography pursuant to 18 U.S.C. § 2256.

FILENAME: 99885f24-b156-4f68-90c77-12e4d261eb80.mp4

DESCRIPTION: This is a color video with sound, approximately 12 seconds in length of a prepubescent female child, based on child-like facial features and overall body size, of a child kneeling in front of adult male with a fully exposed penis in front of the child's face. The adult male then masturbates his penis and ejaculates onto the child's face. Based on my training and experience, as well as the information set forth above and below, I have probable cause to believe that this image depicts a minor engaged in sexually explicit conduct, that is, masturbation, and therefore constitutes child pornography pursuant to 18 U.S.C. § 2256.

10. Based on my training experience, I know Google phones are manufactured outside the State of Florida.

11. Later on May 6, 2022, I spoke with Assistant United States Attorney (AUSA) Ashley Washington by telephone and advised him of, among other things, the information set forth above, and AUSA Washington authorized the arrest of

6

FERENBACH for knowing possession of child pornography.

12. Based upon the foregoing facts, I have probable cause to believe that on or about May 6, 2022, in the Middle District of Florida, ADAM LEE-FUCCI FERENBACH did knowingly possess a matter, that is, a Google Pixel 4A cellular phone, which contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, the visual depictions were of such conduct, and at least one of which depictions involved a prepubescent minor, in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2).

_____
DANIEL MOXLEY, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this
____6____ day of May, 2022, at Jacksonville, Florida.

_____
JOEL B. TOOMEY
United States Magistrate Judge

7